IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| GABRIELLE GARCIA, | : | |
| Petitioner | : | |
| | : | |
| v. | : | 5:02-CR-60 (WDO) |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| Respondent | : | |

### ORDER

This matter is before the Court on Petitioner's motion for a free copy of the record based on his intent to file a habeas petition. Because Petitioner has not yet filed a habeas action, and thus has not had a judge determine whether the same is frivolous or with arguable merit, his Motion For Transcripts and Record Proper is DENIED. See Skinner v. United States, 434 F.2d 1036 (5th Cir. 1970) ("where a federal prisoner has not attempted to file a petition collaterally attacking his conviction, he is not entitled to obtain copies of court records at the government's expense under 28 U.S.C. 2255 to search the record for possible error"); Hansen v. United States, 956 F.2d 245, 248 (11th Cir. 1992) ("a prisoner is entitled to access to the court files only after he has made a showing that such files are necessary to the resolution of an issue or issues he has presented in a non-frivolous pending collateral proceeding"). Petitioner may contact the Clerk of Court regarding the costs for copying the documents he needs.

Petitioner also filed a motion to proceed *in forma pauperis* on his habeas matter. Because the habeas petition is a continuation of the original criminal matter, new filing fees are unnecessary and the motion to proceed IFP is denied as moot.

**SO ORDERED this 14th day of March, 2007.**


**S/
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE**