**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | : | |
|---|---|---|
| **GABRIELLE GARCIA,** | : | |
| Petitioner | : | |
| | : | |
| v. | : | CASE NO. 5:02-CR-60 (WDO) |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| Respondent | : | |
| | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 76) filed October 18, 2007 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The Objection of the plaintiff to the Magistrate Judge's Recommendation (Doc. 78) filed October 31, 2007 has also been read and thoroughly considered and is found to be without merit.

**SO ORDERED,** this the 7th day of November, 2007.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**
**United States District Court**